AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire [▼]

In the Matter of the Search of
*(Briefly describe the property to be searched*
*or identify the person by name and address)*

30 Ellie Drive
Merrimack, New Hampshire

)
)
)
)
)
)

Case No.   22-mj-212-01-AJ

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ New Hampshire _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 50 U.S.C. §§ 1701 et seq.; 50 U.S.C. § 4801 et seq; 13 U.S.C. § 305; et al | violations of IEEPA; ECRA; unlawful export information activities; money laundering; wire fraud; conspiracy; et al. |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Nicholas Milan
_____
*Applicant's  signature*

Nicholas Milan, FBI Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephonic conference _____ *(specify reliable electronic means)*.

Date:   **Oct 3, 2022**

City and state:  Concord, NH

*[signature: Andrea K. Johnstone]*
_____
*Judge's signature*

Hon. Andrea Johnstone, U.S. Magistrate Judge
_____
*Printed name and title*